# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

**KEVIN THOMAS**

CRIMINAL NO. **2012 CMD 019257**

ISSUED BY: **ANN O'REGAN KEARY**

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
(   ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Defendant failed to appear for Sentencing.

**Theft Second Degree**

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 6/20/2013.

BAIL FIXED BY THE COURT

AT: **NO BOND**

Superior Court of the District of Columbia

BY: _____

JUDGE

| Date Received: 9/15/13 | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: 2/17/14 | Signature of Arresting Officer |


Case: 2012 CMD 019257
DEF: THOMAS

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. <u>2011 CF3 007419</u>

vs.

ISSUED BY: <u>ANN O'REGAN KEARY</u>

**<u>KEVIN THOMAS</u>**

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
(   ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Defendant failed to appear for Sentencing.
**Burglary Two**

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 6/20/2013.

BAIL FIXED BY THE COURT

Superior Court of the District of Columbia

AT: <u>NO BOND</u>

BY: _____

JUDGE

| | | |
|---|---|---|
| Date Received: | 8 15 13 | Return: This warrant was received and executed with the arrest of the above named person. |
| Date Executed: | 2 19 14 | Signature of Arresting Officer |

