**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**OFFICE OF THE CLERK**
**401 COURTHOUSE SQUARE**
**ALEXANDRIA, VIRGINIA 22314-2689**
**(703) 299-2100**

February 20, 2014

TO:  The Clerk of Court
     Superior Court of the District of Columbia
     500 Indiana Avenue, NW
     Washington, DC 20001

UNITED STATES vs. Kevin Thomas
ARRESTING DISTRICT CASE NUMBER: **1:14mj93**
CHARGING DISTRICT CASE NUMBER: **2012 CMD 019257 and 2011 CF3 007419**

To Whom It May Concern,

The defendant was arrested in the Eastern District of Virginia on your warrant of arrest and brought before our Court for a removal hearing. The defendant executed a Waiver of Identity hearing and requested any further hearing be held in your district. The defendant was remanded.

A copy of the documents filed in this district is enclosed. A certified copy of the docket entries is also enclosed. A copy of this letter is enclosed for your convenience in acknowledging receipt.

Sincerely,

Deputy Clerk

RECEIVED BY:

DATE: